IN THE UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.:  21-mc-23345-FAM

| | |
|---|---|
| MICHAEL ANTHONY, individually, and on behalf of all others similarly situated, | **MAGISTRATE REFERRAL** |
| Movant, | Related to Action Pending in the U.S. District Court of the Northern District of Illinois, *Anthony v. The Federal Savings Bank, et ano.*, 1:21-cv-02509-EEC |
| v. | |
| FDE MARKETING GROUP LLC, a Florida limited liability company, | |
| Respondent. | |

**CERTIFICATE OF SERVICE**
**MOTION TO COMPEL**

I HEREBY CERTIFY that on **September 17, 2021**, I served a copy of the **Motion to Compel** filed herein (ECF No. 1), by Federal Express, Tracking No. **283811831024** on Respondent, FDE MARKETING GROUP LLC, c/o FRANK BISESI, REGISTERED AGENT, 1314 E. LAS OLAS BLVD., FORT LAUDERDALE, FL, US, 33301.  A copy of the proof of delivery on September 20, 2021 is attached.

                                              **REINER & REINER, P.A.**
                                              *Counsel for Plaintiff/Movant*
                                              9100 South Dadeland Boulevard, Suite 901
                                              Miami, Florida 33156-7815
                                              Tele.: (305) 670-8282; Fax: (305) 670-8989
                                              *dpr@reinerslaw.com; eservice@reinerslaw.com*

                                              By: _____
                                              **DAVID P. REINER, II**; FBN 416400

**SERVICE LIST:**

FDE MARKETING GROUP LLC
c/o FRANK BISESI, REGISTERED AGENT
1314 E. LAS OLAS BLVD.
FORT LAUDERDALE, FL, US, 33301
Via Federal Express



### TRACK ANOTHER SHIPMENT

283811831024
Motion to Compel
EDIT NICKNAME

## Delivered
### Monday, September 20, 2021 at 10:02 am

**DELIVERED**
Signed for by: M.STRICKLAND

GET STATUS UPDATES
OBTAIN PROOF OF DELIVERY

Adult signature required

| FROM | TO |
|---|---|
| Miami, FL US | FORT LAUDERDALE, FL US |

## Travel History

**TIME ZONE**
Local Scan Time

**Monday, September 20, 2021**

| 4:53 PM | FORT LAUDERDALE, FL | At local FedEx facility |
| 10:02 AM | FORT LAUDERDALE, FL | Delivered |
| 8:01 AM | FORT LAUDERDALE, FL | On FedEx vehicle for delivery |
| 6:46 AM | FORT LAUDERDALE, FL | At local FedEx facility |

**Saturday, September 18, 2021**

| 8:10 AM | FORT LAUDERDALE, FL | At local FedEx facility |
| 8:05 AM | FORT LAUDERDALE, FL | At local FedEx facility<br>Package not due for delivery |
| 5:35 AM | FORT LAUDERDALE, FL | At destination sort facility |

**Friday, September 17, 2021**

| | | |
|---|---|---|
| 8:51 PM | MIAMI, FL | Left FedEx origin facility |
| 6:41 PM | MIAMI, FL | Picked up |
| 10:20 AM | | Shipment information sent to FedEx |

## Shipment Facts

**TRACKING NUMBER**
283811831024

**SERVICE**
FedEx Priority Overnight

**WEIGHT**
0.5 lbs / 0.23 kgs

**DELIVERED TO**
Receptionist/Front Desk

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
0.5 lbs / 0.23 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
155.13

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday, Adult Signature Required

**SHIP DATE**
9/17/21

**SIGNATURE SERVICES**
Adult signature required

**STANDARD TRANSIT**
9/20/21 before 10:30 am

**ACTUAL DELIVERY**
9/20/21 at 10:02 am