IN THE UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MICHAEL ANTHONY, individually, and on behalf of all others similarly situated,<br><br>    Movant,<br><br>v.<br><br>FDE MARKETING GROUP, LLC, a Florida limited liability company,<br><br>    Respondent.<br>_____ / | Case No.: 1:21-mcv-23345-FAM<br><br>**DECLARATION OF MARK L. JAVITCH IN SUPPORT OF MOTION FOR CIVIL CONTEMPT**<br><br>*Related to Action Pending in the U.S. District Court for the Northern District of Illinois, 1:21-cv-02509-EEC.* |

1.     I am an attorney duly licensed to practice in the State of California. This declaration is based on personal knowledge of the matters set forth herein.

2.     I am an attorney of record for Plaintiff MICHAEL ANTHONY in underlying action in the Northern District of Illinois.

3.     On January 10, 2022, I emailed a copy of the Order on Motion to Compel to Edgardo Nieves, believed to be counsel for FDE Marketing Group LLC ("FDE"), requesting to meet and confer prior to Plaintiff's motion for an order of contempt.

4.     Attached as Exhibit "A" is a true and correct copy of that email.

5.     On January 19, 2022, I received an email from Frank Bisesi. The email lacked a formal response to the Order and contained only three documents that had already been produced by the defendants in the primary action.

6.     Attached as Exhibit "B" is a true and correct copy of that email.

7.     On January 24, 2022, I met and conferred by telephone with Frank Bisesi and his counsel, Jan Rivera, along with Plaintiff's attorney Jeffrey Blake.

8. Mr. Bisesi acknowledged he had received the Court's Order compelling document production.

9. Mr. Bisesi refused to state when FDE would formally respond to the Subpoena or produce additional documents.

10. Mr. Bisesi attempted to assert objections for confidentiality, but Plaintiff's counsel informed Mr. Bisesi that the time for asserting objections had expired.

**I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed in San Mateo, California.**

Dated: February 1, 2022          By: /s/__Mark L. Javitch___
                                         Mark L. Javitch

# Exhibit A

1/17/22, 9:56 AM                Zimmerman Law Offices Mail - Re: Anthony v. Federal Savings Bank - Frank Bisesi and FDE Marketing Group LLC - Request to …

Case 1:21-mc-23345-FAM Document 13-2 Entered on FLSD Docket 02/01/2022 Page 4 of 8



Jeff Blake <jeff@attorneyzim.com>

## Re: Anthony v. Federal Savings Bank - Frank Bisesi and FDE Marketing Group LLC - Request to Meet and Confer

1 message

**Mark Javitch** <mark@javitchlawoffice.com>　　Mon, Jan 10, 2022 at 1:39 PM
To: Edgardo.Nieves@oneillborges.com, Jeff Blake <jeff@attorneyzim.com>, Thomas A Zimmerman Jr <tom@attorneyzim.com>, DPR <dpr@reinerslaw.com>, Rebekah S Reiner <rsr@reinerslaw.com>

> Dear Mr. Nieves,
>
> The Court in S.D. Fla granted Plaintiff's motion to compel discovery on FDE Marketing Group LLC. The order was served on FDE on December 16, 2021. FDE did not respond to the Court's order. Therefore, Plaintiff seeks to meet and confer on his motion for civil contempt against FDE. Can you let us know whether you will meet and confer by January 13, 2022?
>
> Thanks,
>
> Mark Javitch
>
> On Thu, Dec 30, 2021 at 12:55 PM Mark Javitch <mark@javitchlawoffice.com> wrote:
>> Dear Mr. Nieves,
>>
>> I understand that you represent Frank Bisesi. I am counsel for Plaintiff in Anthony v. Federal Savings Bank and we have been trying to arrange a deposition of Mr. Bisesi. Are you able to accept service of the attached subpoena for deposition? Please let me know by January 6, 2022.
>>
>> Thanks,
>> Mark Javitch


Javitch Law Office
480 S. Ellsworth Ave
San Mateo CA 94401
(650) 781-8000

---

**2 attachments**

📄 **POS on Order to Compel.pdf**
23K

📄 **Anthony SD FLA Order against FDE.pdf**
196K

# Exhibit B

Mark Javitch <javitchm@gmail.com>

---

## Michael Anthony
1 message

---

**sales@fdemarketinggroup.com** <sales@fdemarketinggroup.com>  Wed, Jan 19, 2022 at 9:50 AM
To: Mark Javitch <mark@javitchlawoffice.com>

Dear Mr. Javitch,

I was finally made aware of the "*Order on Motion to Compel Documents*" a few days ago. Attached you'll find the only information I have regarding this case. Evidently, we weren't able to produce the information within term because we weren't notified in time, once again. I really do not understand the insistence in sending important documents and notifications *only* to the private mailbox, when clearly you have contacted me through email before. One would think it is a purposeful and devious practice employed as part of "legal tactics". Just as the practice of having clients call and harass the opposing party and their family members, who have nothing to do with the business. I'm quite positive those aren't the legal standards or ethics in your community. The information provided is one that I'm pretty sure the bank has already provided, but that's the only information relevant to the case at hand so we are complying with the Court's Order. This subpoena is too broad, asking for information from 2017 to present, from a company that's not even a party to the case, it seems like a fishing expedition when you realize the that alleged facts that give rise to this "claim" were from April 2021, not 2017. Additionally, our company information is confidential. It contains trade secrets and delicate, proprietary information which constitutes confidential information. In the call you will listen to your client acknowledge the name, address and provide information willingly, prolong the conversation to try to get information about the programs and institutions, consent and provide his information, just like those "serial filers" who live off fraud, providing false or misleading information to provoke calls and continuously use the Courts to sue banks and companies for money damages. Now, having provided the only information I have I hope you and your client stop harassing me and my family. Be well.



CONFIDENTIALITY NOTICE: This e-mail and any attachments contain confidential and privileged information for the use of the designated recipients named above. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the intended recipient, you have received this communication in error and any review, disclosure, dissemination or copying of it or its contents is prohibited. If you have received this communication in error, please notify us immediately by email sales@fdemarketinggroup.com, and destroy all copies of this communication and any attachments. .

---

**3 attachments**

    **Data information.xlsx**

10K

**20210414-143034_2155005555-all.mp3**
488K

**20210414143237_2015_917372144097-all (1).mp3**
421K